## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CORY BRANHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-cv-01466-SRW |
| ) | |
| D. MARSHAIK, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on its own motion. On December 16, 2021, plaintiff Cory Branham was ordered to either file a motion for leave to proceed in forma pauperis or pay the entire filing fee in this civil action. (Docket No. 4). He was also directed to submit an amended complaint on a Court-provided form. Plaintiff was given thirty days to comply, and advised that his failure to comply would result in the dismissal of this action without prejudice and without further notice.

The Court did not receive from plaintiff either an amended complaint or a motion for leave to proceed in forma pauperis. Instead, on February 1, 2022, a letter sent to plaintiff from the Court on January 3, 2022 was returned as undeliverable. (Docket No. 5). Plaintiff did not provide a forwarding address, so the mail was not re-sent.

Local Rule 2.06(B) requires every self-represented party to promptly notify the Clerk of Court of any change in address. The Rule further provides that "[i]f any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days,

the Court may, without further notice, dismiss the action without prejudice." E.D. Mo. L.R. 2.06(B).

Here, more than thirty days have elapsed since mail sent to plaintiff was returned to the Court. Plaintiff has not provided his new address, or submitted anything further to the Court. As such, the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* E.D. Mo. L.R. 2.06(B). A separate order of dismissal will be entered herewith.

Dated this 14th day of March, 2022.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**